UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ANTHONY TORRES,<br>*Plaintiff,* | : | PRISONER<br>CIVIL NO. 3:01CV1844(DJS)(TPS) |
| v. | : | |
| JOHN DROUN,<br>*Defendant.* | : | October 27, 2003 |

### DEFENDANT'S MEMORANDUM
### IN OPPOSITION TO PLAINTIFF'S MOTION
### TO RECUSE

Plaintiff filed a motion to recuse Judge Squatrito because plaintiff is unhappy with the pace with which this case this proceeding. At issue in this case is the propriety of a $60 fine assessed against the plaintiff for allegedly destroying his mattress. Plaintiff engaged in settlement negotiations through a lawyer from Inmates Legal Assistance Program. In fact, defendants moved to enforce a settlement agreement in November 2002. That motion was denied.

Thereafter, defendants moved to dismiss this matter. Plaintiff moved for two extensions of time to respond to the motion to dismiss. The motion to dismiss is

currently pending. Because there is no factual or legal basis for plaintiff's motion to recuse, it should be denied.

                    DEFENDANTS

                    JOHN DROUN ET AL
                    RICHARD BLUMENTHAL
                    ATTORNEY GENERAL

BY:    Ann E. Lynch
         Assistant Attorney General
         110 Sherman Street
         Hartford, CT 06105
         Tel: (860) 808-5450
         Federal Bar No. Ct#08326
         E-mail: ann.lynch@po.state.ct.us

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed this 27th day of October 2003, first class postage prepaid, to:

Anthony Torres, #246027
Northern Correctional Institution
287 Bilton Road
P.O. Box 665
Somers CT 06071

_____
Ann E. Lynch