01CV1844 Jgmt

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ANTHONY TORRES<br>　　Plaintiff<br>　　　　v.<br><br>JOHN DROUN and JOHN AVERY,<br>Correctional Officers at the Cheshire<br>Correctional Institution (CCI), RONALD<br>POTTER, Unit Manager for the CCI-<br>Protective Custody Housing Unit,<br>JOHN CALLENDER and JOHN<br>DeFRANCISCO, Disciplinary Report<br>Investigators at the CCI, Thomas M.<br>Conway, Counselor for North Block<br>Six at the CCI, JANE SOTO, Disciplinary<br>Report Hearing Officer at the CCI,<br>GEORGE K. WEZNER, Warden at the<br>CCI, RICHARD C. FLODQUIST, Deputy<br>Warden at the CCI and JOHN DOE 1-5<br>(All being sued in their individual<br>　and  official capacities)<br>　　Defendants | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | CASE NO. 3:01CV1844 (DJS)(TPS)<br><br> |

## JUDGMENT

This action having come on for consideration of the defendant's amended motion to dismiss and plaintiff's motion for recusal before the Honorable Dominic J. Squatrito, United States District Judge, and

The Honorable Dominic J. Squatrito having considered the motion and the full record of the case including the applicable principles of law, and having filed a Ruling denying the plaintiff's motion for recusal and granting defendants' amended motion to dismiss, it is hereby

ORDERED, ADJUDGED and DECREED that all claims pursuant to 42 U.S.C. are § § 1985, 1986, 1988 Dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

Dated at Hartford, Connecticut, this 31st day of March 2004.

　　　　　　　　　　　　　　　　　　　　KEVIN F. ROWE, Clerk

　　　　　　　　　　　　　　　　　　　　By  /s/ _____
　　　　　　　　　　　　　　　　　　　　　　　Terri Glynn
　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

EOD_____