**FILED**

2004 APR 15 P 3:09

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ANTHONY TORRES,
    Plaintiff,

v.

"John" DROWN, et al.,
    Defendants.

Civil Action No.
3:01-CV-1844
(DJS)(TPS)

April 12, 2004

## NOTICE OF APPEAL

1. Pursuant to Rule – 4(a)(1) of the Federal Rules of Appellate Procedure, the plaintiff hereby gives notice and appeals to the United States Court of Appeals for the Second Circuit from the District Court's dismissal of the plaintiff's claims under 42 U.S.C. 1983. However, the plaintiff abandons any and all appeals of his claims under 42 U.S.C. 1985, 1986 and 1988.