# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

FILED
2006 FEB -9  P 1:22
U.S. DISTRICT COURT
BRIDGEPORT, CT

ANTHONY TORRES

VS.

JOHN DROUN, ET AL

CV. NO.01-1844-DJS

USCA NO.

## INDEX TO THE RECORD ON APPEAL



| Date Filed | # | Docket Text |
|---|---|---|
| 09/26/2001 | 1 | MOTION by Anthony Torres to Proceed in Forma Pauperis (D'Andrea, S.) (Entered: 09/28/2001) |
| 09/26/2001 | 2 | Prisoner Authorization Form by Anthony Torres (D'Andrea, S.) (Entered: 09/28/2001) |

| Date | # | Entry |
|---|---|---|
| 09/26/2001 | 3 | COMPLAINT (D'Andrea, S.) (Entered: 09/28/2001) |
| 09/26/2001 | 4 | MOTION by Anthony Torres for Leave to File, nunc pro tunc, Sec. 1983 et seq beyond statute of limitations (D'Andrea, S.) (Entered: 09/28/2001) |
| 09/26/2001 | 5 | MEMORANDUM by Anthony Torres in support of [4-1] motion for Leave to File, nunc pro tunc, Sec. 1983 et seq beyond statute of limitations (D'Andrea, S.) (Entered: 09/28/2001) |
| 09/26/2001 | 6 | AFFIDAVIT by Anthony Torres Re [4-1] motion for Leave to File, nunc pro tunc, Sec. 1983 et seq beyond statute of limitations by Anthony Torres (D'Andrea, S.) (Entered: 09/28/2001) |
| 10/29/2001 | | ENDORSEMENT granting [1-1] motion to Proceed in Forma Pauperis ( signed by Mag. Judge Holly B. Fitzsimmons ) (Larsen, M.) (Entered: 10/30/2001) |
| 01/04/2002 | 7 | MOTION by Anthony Torres for Order directing USM to serve defts. w/summons & complaint (Larsen, M.) (Entered: 01/07/2002) |
| 01/04/2002 | 8 | NOTICE of error in previous filed memorandum by Anthony Torres (Larsen, M.) (Entered: 01/07/2002) |
| 01/22/2002 | 9 | Order directing the plaintiff to complete and return within 20 days of the date of this order one USM-285 form for ALL defts. c/o Atty. General, O/C, one 285 for each deft., I/C, 10 copies of complaint, one Notice & Waiver for each deft., I/C, & one Notice & Waiver for each deft., O/C. Upon receipt of the USM-285 forms the Clerk is directed to forward the appropriate papers to the US Marshal to serve the complaint on the defendants, I/O capacities. ( signed by Mag. Judge Holly B. Fitzsimmons ) (Larsen, M.) (Entered: 01/23/2002) |
| 01/22/2002 | | ENDORSEMENT denying [4-1] motion for Leave to File, nunc pro tunc, Sec. 1983 et seq beyond statute of limitations ( signed by Mag. Judge Holly B. Fitzsimmons ) (Larsen, M.) (Entered: 01/23/2002) |
| 01/22/2002 | | CASE referred to Mag. Judge Thomas P. Smith (Larsen, M.) (Entered: 01/23/2002) |
| 01/25/2002 | | ENDORSEMENT denying as moot [7-1] motion for Order directing USM to serve defts. w/summons & complaint ( signed by Mag. Judge Holly B. Fitzsimmons ) (Larsen, M.) (Entered: 01/25/2002) |
| 03/07/2002 | | NOTICE of Lawsuit and Request for Waiver of Service for Summons issued and handed US Marshal for service in accordance with [9-1] |

| | | |
|---|---|---|
| | | order Return of Service due 5/16/02 (Larsen, M.) (Entered: 03/07/2002) |
| 04/11/2002 | 10 | APPEARANCE of Attorney for John Droun, John Avery, Ronald Potter, John Callender, John DeFrancisco, Thomas M. Conway, Jane Soto, George K. Wezner, Richard C. Flodquist, John 1-5 Doe official capacities only -- Ann E. Lynch (Jaiman, R.) (Entered: 04/12/2002) |
| 04/17/2002 | 11 | SCHEDULING ORDER setting Discovery cutoff 10/11/02 ; Dispositive Motions due 11/11/02 ; Answer due 6/11/02 for Richard C. Flodquist, George K. Wezner, Jane Soto, Thomas M. Conway, John DeFrancisco, John Callender, Ronald Potter, John Avery, John Droun ( Signed by Mag. Judge Thomas P. Smith ) (Larsen, M.) (Entered: 04/19/2002) |
| 04/22/2002 | 12 | MOTION by Anthony Torres for leave to serve defendants, in official capacity, with interrogatories exceeding Civil Rule limitation (Larsen, M.) (Entered: 04/23/2002) |
| 04/25/2002 | 13 | MOTION by Anthony Torres for Clarification of U.S. Marshal's service of defendants (Larsen, M.) (Entered: 04/25/2002) |
| 05/03/2002 | 14 | MARSHAL'S return of service on complaint executed as to John Droun, John Avery, Ronald Potter, John Callender, John DeFrancisco, Thomas M. Conway, Jane Soto, George K. Wezner, Richard C. Flodquist on 3/22/02 officially (Larsen, M.) (Entered: 05/06/2002) |
| 05/03/2002 | 15 | Waiver of Service of Summons as to John Avery 3/27/02, John Callender 3/25/02, George K. Wezner 4/2/02 (Larsen, M.) (Entered: 05/06/2002) |
| 05/03/2002 | 16 | MARSHAL's return unexecuted on complaint as to John DeFrancisco, Thomas M. Conway, Ronald Potter, Jane Soto individually (Larsen, M.) (Entered: 05/06/2002) |
| 05/21/2002 | 17 | Waiver of Service of Summons as to John Droun signed on 3/28/02 (Larsen, M.) (Entered: 05/22/2002) |
| 06/11/2002 | 18 | MOTION by Anthony Torres to Extend Time 60 days for discovery (Larsen, M.) (Entered: 06/12/2002) |
| 06/11/2002 | 19 | MARSHAL's return unexecuted on complaint as to Richard C. Flodquist individually (Larsen, M.) (Entered: 06/12/2002) |
| 06/17/2002 | 20 | APPEARANCE of Attorney for John Droun, John Avery, Ronald Potter, John Callender, John DeFrancisco, Thomas M. Conway, Jane |

| | | |
|---|---|---|
| | | Soto, George K. Wezner, Richard C. Flodquist, individual capacities -- Ann E. Lynch (Larsen, M.) (Entered: 06/19/2002) |
| 06/17/2002 | 21 | MOTION by John Droun, John Avery, Ronald Potter, John Callender, John DeFrancisco, Thomas M. Conway, Jane Soto, George K. Wezner, Richard C. Flodquist to Dismiss (Brief Due 7/8/02 ) (Larsen, M.) (Entered: 06/19/2002) |
| 06/17/2002 | 22 | MEMORANDUM by John Droun, John Avery, Ronald Potter, John Callender, John DeFrancisco, Thomas M. Conway, Jane Soto, George K. Wezner, Richard C. Flodquist in support of [21-1] motion to Dismiss (Larsen, M.) (Entered: 06/19/2002) |
| 06/19/2002 | | **Terminated deadline re: returns of service (Larsen, M.) (Entered: 06/19/2002) |
| 07/03/2002 | 23 | MOTION by Anthony Torres to Extend Time to 9/9/02 to file opposition to motion to dismiss (Larsen, M.) (Entered: 07/03/2002) |
| 07/15/2002 | 24 | RULING and ORDER granting [12-1] motion for leave to serve defendants, in official capacity, with interrogatories exceeding Civil Rule limitation, granting [13-1] motion for Clarification of U.S. Marshal's service of defendants. Plaintiff permitted 20 days from date of order to provide current addresses for defts. DeFrancisco, Potter, Soto & Conway to enable U.S. Marshal to effect service. Failure to comply will result in dismissal as to these defts., individual capacities. ( signed by Mag. Judge Thomas P. Smith ) 3 Page(s) (Larsen, M.) (Entered: 07/16/2002) |
| 07/30/2002 | 25 | Response by Anthony Torres to [24-1] order (Larsen, M.) (Entered: 07/30/2002) |
| 07/30/2002 | 26 | MOTION by Anthony Torres for Order directing defts., in official capacity, disclose last known home address of deft. Potter for service by USM (Brief Due 8/20/02 ) (Larsen, M.) (Entered: 07/30/2002) |
| 07/30/2002 | 27 | MOTION by Anthony Torres to Extend Time to 9/20/02 to provide address of deft. Potter (Larsen, M.) (Entered: 07/30/2002) |
| 07/30/2002 | 28 | AFFIDAVIT by Anthony Torres Re [26-1] motion for Order directing defts., in official capacity, disclose last known home address of deft. Potter for service by USM by Anthony Torres (Larsen, M.) (Entered: 07/30/2002) |
| 08/05/2002 | 29 | OBJECTIONS by John Droun, John Avery, Ronald Potter, John Callender, John DeFrancisco, Thomas M. Conway, Jane Soto, George |

| | | |
|---|---|---|
| | | K. Wezner, Richard C. Flodquist to [26-1] motion for Order directing defts., in official capacity, disclose last known home address of deft. Potter for service by USM by Anthony Torres (Larsen, M.) (Entered: 08/06/2002) |
| 08/08/2002 | 30 | REPLY by Anthony Torres to response to [26-1] motion for Order directing defts., in official capacity, disclose last known home address of deft. Potter for service by USM by Anthony Torres (Larsen, M.) (Entered: 08/09/2002) |
| 08/12/2002 | 31 | MOTION by all defendants to Stay, for Protective Order Regarding exempting them from answering plaintiff's discovery dated 4/19/02 unless court denies defts.' motion to dismiss, and/or to Extend Time 60 days from date of court's decision if motion to dismiss is denied to respond to discovery (Brief Due 9/2/02 ) (Larsen, M.) Modified on 08/12/2002 (Entered: 08/12/2002) |
| 08/12/2002 | 32 | MEMORANDUM by all defendants in support of [31-1] motion to Stay, [31-2] motion for Protective Order Regarding exempting them from answering plaintiff's discovery dated 4/19/02 unless court denies defts.' motion to dismiss, [31-3] motion to Extend Time 60 days from date of court's decision if motion to dismiss is denied to respond to discovery (Larsen, M.) Modified on 08/12/2002 (Entered: 08/12/2002) |
| 08/12/2002 | 33 | AFFIDAVIT of Assistant Attorney General Ann E. Lynch by all defendants Re [31-1] motion to Stay by all defendants, [31-2] motion for Protective Order Regarding exempting them from answering plaintiff's discovery dated 4/19/02 unless court denies defts.' motion to dismiss by all defendants, [31-3] motion to Extend Time 60 days from date of court's decision if motion to dismiss is denied to respond to discovery by all defendants (Larsen, M.) (Entered: 08/12/2002) |
| 08/21/2002 | 34 | MOTION by Anthony Torres to Extend Time to respond to motion to dismiss until (1) action resolved by settlement or (2) determined settlement cannot be effectuated date not specified (Larsen, M.) (Entered: 08/21/2002) |
| 08/28/2002 | 35 | OBJECTIONS by Anthony Torres to [31-1] motion to Stay by all defendants, [31-2] motion for Protective Order Regarding exempting them from answering plaintiff's discovery dated 4/19/02 unless court denies defts.' motion to dismiss by all defendants, [31-3] motion to Extend Time 60 days from date of court's decision if motion to dismiss is denied to respond to discovery by all defendants (Larsen, M.) (Entered: 08/28/2002) |
| 09/03/2002 | | ENDORSEMENT granting [23-1] motion to Extend Time to 9/9/02 to file opposition to motion to dismiss Brief Deadline set for 9/9/02 |

| | | |
|---|---|---|
| | | [21-1] motion to Dismiss ( signed by Mag. Judge Thomas P. Smith ) (Larsen, M.) (Entered: 09/04/2002) |
| 09/03/2002 | | ENDORSEMENT denying [18-1] motion to Extend Time 60 days for discovery ( signed by Mag. Judge Thomas P. Smith ) (Larsen, M.) (Entered: 09/04/2002) |
| 09/03/2002 | | ENDORSEMENT denying [26-1] motion for Order directing defts., in official capacity, disclose last known home address of deft. Potter for service by USM ( signed by Mag. Judge Thomas P. Smith ) (Larsen, M.) (Entered: 09/04/2002) |
| 09/03/2002 | | ENDORSEMENT denying as moot [27-1] motion to Extend Time to 9/20/02 to provide address of deft. Potter ( signed by Mag. Judge Thomas P. Smith ) (Larsen, M.) (Entered: 09/04/2002) |
| 09/03/2002 | 36 | ORDER directing U.S. Marshal to personally serve complaint on John DeFrancisco at Cheshire CI, on Thomas Conway at Northeast CI, and on Migdalia Soto at Webster CI within 45 days of this order and file returns of service with court. ( signed by Mag. Judge Thomas P. Smith ) (Larsen, M.) (Entered: 09/04/2002) |
| 09/04/2002 | | SUMMONS(ES) issued for John DeFrancisco, Thomas M. Conway, Jane Soto (Migdalia Soto), individual capacities (Larsen, M.) (Entered: 09/04/2002) |
| 10/31/2002 | 37 | SUMMONS Returned Executed on 9/19/02 as to Thomas M. Conway individually (Corriette, M.) (Entered: 11/04/2002) |
| 11/14/2002 | 38 | MOTION by Anthony Torres for Default Judgment against all defendants , or for Order (Brief Due 12/5/02 ) (Corriette, M.) (Entered: 11/15/2002) |
| 11/14/2002 | 39 | AFFIDAVIT of Anthony Torres Re [38-1] motion for Default Judgment against all defendants by Anthony Torres, [38-2] motion for Order by Anthony Torres (Corriette, M.) (Entered: 11/15/2002) |
| 11/14/2002 | 40 | MEMORANDUM by Anthony Torres in support of [38-1] motion for Default Judgment against all defendants, [38-2] motion for Order (Corriette, M.) (Entered: 11/15/2002) |
| 11/18/2002 | 41 | NOTICE of filing document by Anthony Torres (Corriette, M.) (Entered: 11/19/2002) |
| 11/26/2002 | 42 | MOTION by all defendants for enforcement of settlement agreement (Brief Due 12/17/02 ) (Larsen, M.) (Entered: 11/27/2002) |

| Date | No. | Entry |
|---|---|---|
| 12/03/2002 | 43 | OBJECTIONS by Anthony Torres to [42-1] motion for enforcement of settlement agreement by all defendants (Corriette, M.) (Entered: 12/04/2002) |
| 12/03/2002 | 44 | OBJECTIONS by Anthony Torres to Motion to Amend Motion to Dismiss (No Motion to Amend filed) (Corriette, M.) (Entered: 12/04/2002) |
| 02/14/2003 | 45 | RULING and ORDER denying [21-1] motion to Dismiss, granting [31-2] motion for Protective Order Regarding exempting them from answering plaintiff's discovery dated 4/19/02 unless court denies defts.' motion to dismiss, denying as moot [31-1] motion to Stay, denying as moot [31-3] motion to Extend Time 60 days from date of court's decision if motion to dismiss is denied to respond to discovery, denying as moot [34-1] motion to Extend Time to respond to motion to dismiss until (1) action resolved by settlement or (2) determined settlement cannot be effectuated, denying [38-1] motion for Default Judgment against all defendants, denying [38-2] motion for Order ( signed by Judge Dominic J. Squatrito ) 5 Page(s) (Larsen, M.) (Entered: 02/18/2003) |
| 02/25/2003 | 46 | MOTION by Anthony Torres to revise ruling & order or for articulation (Brief Due 3/18/03 ) (Corriette, M.) (Entered: 02/26/2003) |
| 03/05/2003 |  | ENDORSEMENT denying [42-1] motion for enforcement of settlement agreement. Defendants shall have 30 days from this order to amend motion to dismiss. ( signed by Mag. Judge Thomas P. Smith ) (Larsen, M.) (Entered: 03/07/2003) |
| 03/14/2003 | 47 | AMENDED MOTION by all defendants to Dismiss (Brief Due 4/4/03) (Corriette, M.) (Entered: 03/17/2003) |
| 03/14/2003 | 48 | MEMORANDUM by all defendants in support of [47-1] motion to Dismiss (Corriette, M.) (Entered: 03/17/2003) |
| 03/28/2003 | 49 | MOTION by Anthony Torres for in camera inspection (Brief Due 4/18/03) (Corriette, M.) (Entered: 03/31/2003) |
| 03/28/2003 | 50 | MOTION by Anthony Torres for Appointment of Counsel (Corriette, M.) (Entered: 03/31/2003) |
| 03/28/2003 | 51 | MOTION by Anthony Torres to Extend Time to 4/23/03 to file memorandum in opposition to motion to dismiss (Corriette, M.) (Entered: 03/31/2003) |
| 04/10/2003 | 52 | RULING granting [51-1] motion to Extend Time to 4/23/03 to file |

| | | |
|---|---|---|
| | | memorandum in opposition to motion to dismiss, denying [50-1] motion for Appointment of Counsel Brief Deadline set for 5/1/03 [47-1] motion to Dismiss ( signed by Mag. Judge Thomas P. Smith ) 2 Page(s) (Larsen, M.) (Entered: 04/11/2003) |
| 04/15/2003 | 53 | RULING denying [46-1] motion to revise ruling & order, denying [46-2] motion for articulation ( signed by Judge Dominic J. Squatrito ) 1 Page(s) (Larsen, M.) (Entered: 04/17/2003) |
| 04/22/2003 | 54 | MOTION by Anthony Torres to Extend Time to file memorandum in opposition to amended motion to dismiss until 4/30/03 (Corriette, M.) (Entered: 04/23/2003) |
| 06/09/2003 | | ENDORSEMENT granting [54-1] motion to Extend Time to file memorandum in opposition to amended motion to dismiss until 4/30/03 Brief Deadline set for 4/30/03 [47-1] motion to Dismiss ( signed by Mag. Judge Thomas P. Smith ) (Larsen, M.) (Entered: 06/10/2003) |
| 06/09/2003 | 55 | MEMORANDUM by Anthony Torres in opposition to [47-1] motion to Dismiss by all defendants (Larsen, M.) (Entered: 06/10/2003) |
| 06/09/2003 | | ENDORSEMENT denying as moot [49-1] motion for in-camera inspection ( signed by Mag. Judge Thomas P. Smith ) (Larsen, M.) (Entered: 06/10/2003) |
| 10/09/2003 | 56 | MOTION by Anthony Torres for recusal of Honorable Dominic J. Squatrito (Brief Due 10/30/03) (Corriette, M.) (Entered: 10/10/2003) |
| 10/09/2003 | 57 | MOTION by Anthony Torres for Recusal of Honorable Dominic J. Squatrito (Brief Due 10/30/03) (Corriette, M.) (Entered: 10/10/2003) |
| 10/28/2003 | 58 | Memorandum in Opposition re [56] Motion to Recuse, [57] Motion to Recuse filed by all defendants. (Corriette, M.) (Entered: 10/30/2003) |
| 01/26/2004 | 59 | SUMMONS Returned Executed by Anthony Torres. Migdalia Soto served on 10/16/2003, answer due 11/5/2003. (Larsen, M.) (Entered: 01/29/2004) |
| 01/26/2004 | 60 | Summons Returned Unexecuted by Anthony Torres as to John DeFrancisco. (Larsen, M.) (Entered: 01/29/2004) |
| 03/31/2004 | 61 | RULING granting [47] Motion to Dismiss, denying [56] Motion for recusal . Signed by Judge Dominic J. Squatrito on 3/30/04. (Larsen, M.) (Entered: 04/05/2004) |

SDSD District Version 1.3 - Docket Report   https://ecf.ctd.circ2.dcn/cgi-bin/DktRpt.pl?7097742085...
Case 3:01-cv-01844-DJS   Document 65   Filed 02/09/2006   Page 10 of 10

| | | |
|---|---|---|
| 03/31/2004 | ●62 | JUDGMENT in favor of defendants against plaintiff. Signed by Clerk on 3/31/04. (Larsen, M.) (Entered: 04/05/2004) |
| 03/31/2004 | | ***Civil Case Terminated. (Larsen, M.) (Entered: 04/05/2004) |
| 04/15/2004 | ●63 | NOTICE OF APPEAL as to 62 Judgment by Anthony Torres. Certified copy of docket and copy of NOA mailed to USCA. (Warren, C.) (Entered: 05/05/2004) |
| 08/11/2004 | ● | Certified and Transmitted Record on Appeal to US Court of Appeals re 63 Notice of Appeal. (Warren, C.) (Entered: 08/11/2004) |
| 08/11/2004 | ● | Notice of Appeal, dated 4/15/04 inadvertenly not forwarded on 4/15/04. NOA and Record forwarded on this date. (Warren, C.) (Entered: 08/11/2004) |