MANDATE

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT
THURGOOD MARSHALL U.S. COURT HOUSE
40 FOLEY SQUARE
NEW YORK 10007

Roseann B. MacKechnie
CLERK

Date:                 11/30/05
Docket Number:        04-4365-pr
Short Title:          Torres v. Droun
DC Docket Number:     01-cv-1844
DC:                   DISTRICT OF CONNECTICUT (NEW HAVEN)
DC Judge:             Honorable Dominic Squatri

FILED
NOV 30 2005

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, Foley Square, in the City of New York, on the 30th day of November, two thousand five.

Anthony Torres,

  Plaintiff-Appellant,
        v.

John Droun, Avery, Ronlad Potter, John Callender, John DeFrancisco, Thomas M. Conway, Jane Soto, George K. Wezner, Richard Flodquist, John Doe 1-5, All Defendants,

  Defendants-Appellees.

A scheduling order in accordance with the *Civil Appeals Management Plan* of this court having been entered therein, requiring the record on appeal, the appellant's brief and the joint appendix to be filed on or before the dates stated on the scheduling order, and also providing that in the event of default by the appellant the appeal shall be dismissed forthwith, and it appearing that the appellant has so defaulted,

Upon consideration of the appeal herein it is **ORDERED** that the appeal be, and it hereby is **DISMISSED**. Any motions pending prior to the entry of this order of dismissal are deemed **MOOT**.

For the Court,
Roseann B. MacKechnie, Clerk

By: Gislaine Phillip
Deputy Clerk

A TRUE COPY
ROSEANN B. MacKECHNIE, CLERK

Certified:
NOV 30 2005